4:24-cr-03003-JFB-JMD  Doc # 92  Filed: 09/04/25  Page 1 of 1 - Page ID # 273

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America  )
v.  )
Juan Martinez Arroyo  )
)  Case No: 4:24-cr-3003-JFB-JMD-2
)  USM No: 94449-510
Date of Original Judgment: 10/23/2024  )
Date of Previous Amended Judgment:  )
*(Use Date of Last Amended Judgment if Any)*  Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

This matter is before the Court on defendant's motion for a sentence reduction under U.S.S.C. Amendment 821. Filing No. 89. The Court finds that the defendant does not not qualify for the "zero-point offender" reduction because he possessed a firearm in connection with the instant offense, and the criminal history "status points" were not applied in this csae. The defendant is therefore not eligible for a sentence reduction under Amendment 821. Therefore, it is ordered that defendant's motion for a sentence reduction, Filing No. 89, is denied. It is further ordered that Defendant's motion to appoint counsel, Filing No. 90, is denied as moot.

Except as otherwise provided, all provisions of the judgment dated 10/23/2024 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/4/2025

*Judge's signature*

Joseph F. Bataillon, Senior United States District Judge

Effective Date: _____
*(if different from order date)*

*Printed name and title*